UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-40245-GAO

COY PHELPS,
Plaintiff,

v.

CHRISTOPHER CARR and T. SMITH,
Defendants.

ORDER
March 26, 2010

O'TOOLE, D.J.

The plaintiff's Renewed Motion for Appointment of Counsel (dkt. no. 21) is DENIED without prejudice. The defendants' Second Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (dkt. no. 22) is GRANTED *nunc pro tunc*. The plaintiff's Motion for Stay in the Case or Motion for An Appointment of Counsel (dkt. no. 24) is DENIED without prejudice.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge